

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        In re Patrick L. Campbell, Jr.

Appellate case number:    01-18-00801-CR

Trial court case number:  10-CR-3689

Trial court:                      122nd District Court of Galveston County, Texas

      It is ordered that relator's motion for rehearing is DENIED.

Judge's signature: ___/s/ Jane Bland_____
                             Acting for the Court

Panel consists of Justices Keyes, Bland, and Lloyd

Date:    __November 27, 2018__